**Order**

**The application is:**

Mr. Rossi Collie ✓  **granted.** The complaint is dismissed without prejudice pursuant to Rule 41(a)(1)(A).

769 Sycamore Avenue  ___ **denied**

___ **referred to Magistrate Judge** _____ **for**

Bohemia, N.Y. 11716  ___ **decision**

___ **report and recommendation**

The Clerk of the Court shall close this case.

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y  7/29/13

March 20, 2013

★ JUL 29 2013 ★

s/ Sandra J. Feuerstein

★ U.S.D.J.

LONG ISLAND OFFICE

Re: Rossi Collier

Home Residential

Docket No.: 12-cv-03965 (SJF)

To: Clerk of the court (UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK)

Dear Sir/Madam:

This letter is to serve as notice that after reviewing my pro-se case against Homeward Residential with an attorney, I have decided to immediately withdraw the above reference summons and complaint without prejudice.

Note: I have never retain Mrs. Maria Malave, as my attorney to represent me in this case.

Thank You for your attention in this matter,

*Rossi Collier*
Rossi Collierial

Cc: Homeward Resident

RECEIVED

  ⁍ 2013

EDNY PRO SE OFFICE