**Order**
The application is:
_✓_ granted. The complaint is dismissed without
___ denied prejudice pursuant to Rule 41(a)(1)(A).
___ referred to Magistrate Judge _____ for
___ decision
___ report and recommendation

The Clerk of the Court shall close this case.

Mr. Rossi Collie

769 Sycamore Avenue

Bohemia, N.Y. 11716

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y  7/29/13

★  JUL 29 2013  ★

LONG ISLAND OFFICE

March 20, 2013

s/ Sandra J. Feuerstein
★ U.S.D.J.

Re: Rossi Collier

Home Residential

Docket No.: 12-cv-03965 (SJF)

To: Clerk of the court (UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK)

Dear Sir/Madam:

This letter is to serve as notice that after reviewing my pro-se case against Homeward Residential with an attorney, I have decided to immediately withdraw the above reference summons and complaint without prejudice.

Note: I have never retain Mrs. Maria Malave, as my attorney to represent me in this case.

Thank You for your attention in this matter,

Rossi Collier
Rossi Collierial

Cc: Homeward Resident

RECEIVED

 2013

EDNY PRO SE OFFICE